# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130819

ARLANDUS M. NOLEN, #273394
      Plaintiff-Appellant,

                                                SC: 130819

v                                           CoA: 268351

DEPARTMENT OF CORRECTIONS
      Defendant-Appellee.
_____

      On order of the Chief Justice, the application for leave to appeal filed March 30, 2006 is DISMISSED for failure to pursue the case in conformity with the order of February 25, 2005 in *Nolen v Department of Corrections* No. 128072. That order provided that further appeals were not to be filed until the full entry fee in that case was paid. Following entry of that order, plaintiff-appellant paid the partial filing fee on March 15, 2005. Because the full entry fee in case 128072 has not been paid, this appeal is dismissed.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2006                                                _____
                                                            Clerk